```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 45292
    JERRY FUENTES
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1380

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/06/2005 and was confirmed 12/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/06/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CHARTER ONE MORTGAGE       CURRENT MORTG        .00          .00            .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY    NOT FILED          .00            .00
BLITT & GAINES             NOTICE ONLY    NOT FILED          .00            .00
CAPITAL ONE BANK           UNSEC W/INTER  NOT FILED          .00            .00
CHASE MANHATTAN            UNSEC W/INTER  NOT FILED          .00            .00
CHASE BANK N A             UNSEC W/INTER  NOT FILED          .00            .00
CHASE BANK N A             UNSEC W/INTER  NOT FILED          .00            .00
COLONIAL CREDIT CORPORAT   NOTICE ONLY    NOT FILED          .00            .00
GREAT SENECA               UNSEC W/INTER    1881.00       131.42        1031.00
FIRST PREMIER BANK         UNSEC W/INTER  NOT FILED          .00            .00
FORD MOTOR CREDIT          NOTICE ONLY    NOT FILED          .00            .00
FORD MOTOR CREDIT          UNSEC W/INTER  NOT FILED          .00            .00
B-LINE LLC                 UNSEC W/INTER    1069.09        74.58         586.07
LATHROP & GAGE             NOTICE ONLY    NOT FILED          .00            .00
LOYOLA UNIVERSITY PHYSIC   UNSEC W/INTER  NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY    NOT FILED          .00            .00
NEXTEL COMMUNICATIONS      UNSEC W/INTER  NOT FILED          .00            .00
PDI MANAGEMENT SERVICES    NOTICE ONLY    NOT FILED          .00            .00
PENNCRO ASSOCIATES INC     NOTICE ONLY    NOT FILED          .00            .00
RISK MANAGEMENT ALTERNAT   UNSEC W/INTER  NOT FILED          .00            .00
RMAPUR JAX JAXPUR          NOTICE ONLY    NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSEC W/INTER  NOT FILED          .00            .00
STREAMLINE CAPITAL PARTN   UNSEC W/INTER    2406.46       167.83        1319.17
TCF CAPITAL CARD           UNSEC W/INTER  NOT FILED          .00            .00
BRIAN S GLASS              NOTICE ONLY    NOT FILED          .00            .00
USA ONE CREDIT UNION       UNSEC W/INTER  NOT FILED          .00            .00
VISION MANAGEMENT          NOTICE ONLY    NOT FILED          .00            .00
CARD MANAGEMENT SERVICES   FILED LATE       2498.05          .00            .00
SUPERIOR AIR GROUND        FILED LATE        857.44          .00            .00
LEGAL HELPERS PC           DEBTOR ATTY     2,000.00                     2,000.00
TOM VAUGHN                 TRUSTEE                                        290.14
DEBTOR REFUND              REFUND                                      11,399.79

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 45292 JERRY FUENTES
```

Summary of Receipts and Disbursements:

```
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------
TRUSTEE                 17,000.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        2,936.24
    INTEREST                                       373.83
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                               290.14
DEBTOR REFUND                                   11,399.79
                        ---------------         ---------------
TOTALS                  17,000.00               17,000.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 12/03/07                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE